FILED 20 SEP '11 16:15 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:11-cr-379-HZ |
| v. | INDICTMENT |
| WILLIAM FLOYD MOORE, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(e)(1) |
| | 18 U.S.C. § 924(d) |
| Defendant. | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 8, 2011, in the District and State of Oregon, WILLIAM FLOYD MOORE, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about June 13, 1980, in Bernalillo County District Court, State of New Mexico, case number 31809, for Burglary in the First Degree;

(2) On or about January 30, 1987, in the United States District Court for the District of Oregon, case number CR 86-175, for two counts of Bank Robbery;

(3) On or about June 15, 1992, in the United States District Court for the District of Oregon, case number CR 92-05 for Bank Robbery; and

(4) On or about October 23, 1997, in the United States District Court for the District of Oregon, case number CR 97-195 for Bank Robbery;

did knowingly and unlawfully possess the following firearm,

(1) A Smith and Wesson Model 19, .38 caliber revolver, serial number BPZ9551;

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant, WILLIAM FLOYD MOORE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in that offense, including without limitation:

(1)     A Smith and Wesson Model 19, .38 caliber revolver, serial number BPZ9551.

DATED this __20th__ day of September 2011.

A TRUE BILL.

/\

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
GREGORY R. NYHUS, OSB# 91384
Assistant United States Attorney

PAGE 2 - INDICTMENT, *William Floyd Moore*