**Harold P. DuCloux, III**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**Harold_DuCloux@fd.org**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 3:97-cr-00195-HA, 3:11-cr-00375-HA, and 3:11-cr-00379-HA |
| Plaintiff, | |
| v. | MOTION FOR SUBSTITUTION OF COUNSEL |
| WILLIAM FLOYD MOORE, | |
| Defendant. | |

COMES NOW the defendant, William Floyd Moore, by his attorney, Assistant Federal Public Defender Harold DuCloux, III, and hereby moves the Court, pursuant to 18 U.S.C. § 3006A(c) and the Sixth Amendment to the United States Constitution, for an order relieving attorney Harold DuCloux, III, and appointing new counsel to represent him in this case. This motion is based on the fact that a breakdown has occurred in the attorney-client relationship.

Respectfully submitted on June 20, 2013.

       /s/ Harold P. DuCloux, III
       Harold P. DuCloux, III
       Assistant Federal Public Defender